In the Matter of the Accounting of SARAH E. HALLOCK et al., as Executors of STEPHEN HALLOCK, Deceased, Appellants.

KATE T. HOLMES et al., Respondents.

*Matter of Hallock*, 177 App. Div. 948, affirmed.
(Argued April 18, 1917; decided May 8, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 14, 1917, which affirmed a decree of the Orleans County Surrogate's Court settling the accounts of the executors of Stephen Hallock, deceased. The decree rejected the contention of the executors that they were entitled to a final discharge as executors, rejected their contention that they were entitled to full commissions as executors for receiving and paying out the entire estate, and rejected their contention that the decree should authorize and direct them to retain the residuary estate as testamentary trustees.

*Isaac S. Signor* and *Charles G. Signor* for appellants.

*B. E. Harcourt* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.